**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Kevin Shane Epting, Petitioner.

Appellate Case No. 2012-212346

Appeal from Laurens County
D. Garrison Hill, Circuit Court Judge

Memorandum Opinion No. 2014-MO-040
Heard September 25, 2014 – Filed October 22, 2014

**DISMISSED AS IMPROVIDENTLY GRANTED**

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Attorney General William M. Blitch, Jr., all of Columbia, for Respondent.

**PER CURIAM:**  After careful review of the record, appendix, and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**